CRANMORE *v.* BODINE ET AL.

65 25
132 109
65a 25
139 53

SUPREME COURT.— *Appeal.—Notice. —Dismissal.*—An appeal to the Supreme Court, by one only of several co-parties, without giving notice to the others, will be dismissed.

From the Fountain Circuit Court.

*M. Milford,* for appellant.

*S. M. Cambern* and *L. Nebeker,* for appellees.

WORDEN, J.—In this case there was a judgment below, in favor of the appellees, against the appellant, Cranmore, and one William C. Ward, jointly.

The appellant has assigned errors in his own name only as appellant, and Ward has not been notified of the appeal, as required by the statute. 2 R. S. 1876, p. 239, sec. 551.

The appellees have suggested that, for this reason, the appeal ought to be dismissed.

The point is well taken, and the appeal should be dismissed.

The appeal is dismissed, at the costs of the appellant.

Petition for a rehearing overruled.